1  KEKER & VAN NEST LLP
   JOHN KEKER - # 49092
2  jkeker@kvn.com
   PAULA L. BLIZZARD - # 207920
3  pblizzard@kvn.com
   THOMAS E. GORMAN - # 279409
4  tgorman@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
   Facsimile:    415 397 7188
6
   PROSKAUER ROSE LLP
7  Bradley I. Ruskin (*pro hac vice* pending)
       bruskin@proskauer.com
8  Eleven Times Square
   New York, NY 10036
9  Telephone:    212-969-3000
   Facsimile:    212-969-2900

10 PROSKAUER ROSE LLP
   Scott P. Cooper (SBN 96905)
11     scooper@proskauer.com
   Sarah Kroll-Rosenbaum (SBN 272358)
12     skroll-rosenbaum@proskauer.com
   Jennifer L. Roche (SBN 254538)
13     jroche@proskauer.com
   Shawn S. Ledingham, Jr. (SBN 275268)
14     sledingham@proskauer.com
   2049 Century Park East, 32nd Floor
15 Los Angeles, CA  90067-3206
   Telephone:    310-557-2900
   Facsimile:    310-557-2193
16

17 Attorneys for Defendants:
   OFFICE OF THE COMMISSIONER OF BASEBALL,
   an unincorporated association doing business as Major League
18 Baseball; and ALLAN HUBER "BUD" SELIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA  /  SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE; CITY OF SAN JOSE AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSE; and THE SAN JOSE DIRIDON DEVELOPMENT AUTHORITY,<br><br>            Plaintiffs,<br>       v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as Major League Baseball; and ALLAN HUBER "BUD" SELIG,<br><br>            Defendants. | Case No. 13-CV-02787-HRL<br><br>**MAJOR LEAGUE BASEBALL AND ALLAN HUBER "BUD" SELIG'S REQUEST FOR REASSIGNMENT TO A DISTRICT COURT JUDGE**<br><br>Judge:     Hon. Howard R. Lloyd<br><br>Date Filed: June 18, 2013<br><br>Trial Date:  None set |

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated:  July 3, 2013                                     KEKER & VAN NEST LLP

                                                By:    /s/ *John Keker*
                                                       JOHN KEKER
                                                       PAULA L. BLIZZARD
                                                       THOMAS E. GORMAN

                                                       Attorneys for Defendants
                                                       OFFICE OF THE COMMISSIONER OF
                                                       BASEBALL, an unincorporated association
                                                       doing business as Major League Baseball;
                                                       and ALLAN HUBER "BUD" SELIG