1  KEKER & VAN NEST LLP
   JOHN KEKER - # 49092
2  jkeker@kvn.com
   PAULA L. BLIZZARD - # 207920
3  pblizzard@kvn.com
   THOMAS E. GORMAN - # 279409
4  tgorman@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
   Facsimile:   415 397 7188
6
7  PROSKAUER ROSE LLP
   Bradley I. Ruskin (*pro hac vice* pending)
8     bruskin@proskauer.com
   Eleven Times Square
   New York, NY 10036
9  Telephone:   212-969-3000
   Facsimile:   212-969-2900
10 PROSKAUER ROSE LLP
   Scott P. Cooper (SBN 96905)
11    scooper@proskauer.com
   Sarah Kroll-Rosenbaum (SBN 272358)
12    skroll-rosenbaum@proskauer.com
   Jennifer L. Roche (SBN 254538)
13    jroche@proskauer.com
   Shawn S. Ledingham, Jr. (SBN 275268)
14    sledingham@proskauer.com
   2049 Century Park East, 32nd Floor
15 Los Angeles, CA  90067-3206
   Telephone:   310-557-2900
   Facsimile:   310-557-2193
16
17 Attorneys for Defendants OFFICE OF THE COMMISSIONER
   OF BASEBALL, an unincorporated association doing business as
18 Major League Baseball; and ALLAN HUBER "BUD" SELIG

19            UNITED STATES DISTRICT COURT

20       NORTHERN DISTRICT OF CALIFORNIA / SAN JOSE DIVISION

21 CITY OF SAN JOSE; CITY OF SAN JOSE        Case No. CV 13-02787 RMW
   AS SUCCESSOR AGENCY TO THE
22 REDEVELOPMENT AGENCY OF THE              **STIPULATION RE SERVICE AND**
   CITY OF SAN JOSE; and THE SAN JOSE       **EXTENSION OF TIME TO RESPOND TO**
23 DIRIDON DEVELOPMENT AUTHORITY,           **COMPLAINT**

24            Plaintiffs,                    Judge:        Hon. Ronald M. Whyte
        v.
25                                           Date Filed:   June 18, 2013
   OFFICE OF THE COMMISSIONER OF
26 BASEBALL, an unincorporated association   Response Date: August 7, 2013
   doing business as Major League Baseball; and
27 ALLAN HUBER "BUD" SELIG,

28            Defendants.

1     Pursuant to Federal Rule of Civil Procedure 12 and Local Civil Rule 6-1(a), Plaintiffs City

2     of San Jose, City of San Jose as successor agency to the Redevelopment Agency of the City of San

3     Jose, and the San Jose Diridon Development Authority ("Plaintiffs") and Defendants the Office of

4     the Commissioner of Baseball and Allan H. Selig ("Defendants"), through their respective

5     undersigned counsel, hereby stipulate as follows:

6         Counsel for the Defendants accepted service of the Summons and Complaint in this action

7     via electronic delivery on behalf of both of the Defendants as of June 21, 2013;

8         Counsel for Defendants also accepted service of a copy of the Order Setting Initial Case

9     Management Conference and ADR deadlines, pertinent Standing Orders of Magistrate Judge

10    Lloyd, including the standing order and instructions for preparation of a Case Management

11    Statement; and

12        Plaintiffs and Defendants have agreed to extend the deadline for Defendants to respond to

13    the Complaint to August 7, 2013.

14        IT IS SO STIPULATED.

15    \\\

16    \\\

17    \\\

18    \\\

19    \\\

20    \\\

21    \\\

22    \\\

23    \\\

24    \\\

25    \\\

26    \\\

27    \\\

28    \\\

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. CV 13-02787 RMW

| | |
|---|---|
| 1 | DATED: July 10, 2013 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | DATED: July 10, 2013 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PROSKAUER ROSE LLP

By: _____

Bradley I. Ruskin
Scott P. Cooper
Sarah Kroll-Rosenbaum
Jennifer L. Roche
Shawn S. Ledingham, Jr.

Attorneys for Defendants
OFFICE OF THE COMMISSIONER OF BASEBALL,
an unincorporated association doing business as Major
League Baseball; and ALLAN HUBER "BUD" SELIG

COTCHETT, PITRE & McCARTHY, LLP

By: _____

Joseph W. Cotchett
Philip L. Gregory
Frank C. Damrell, Jr.
Anne Marie Murphy

Attorneys for Plaintiffs
CITY OF SAN JOSE; CITY OF SAN JOSE AS
SUCCESSOR AGENCY TO THE
REDEVELOPMENT AGENCY OF THE CITY OF
SAN JOSE; and THE SAN JOSE DIRIDON
DEVELOPMENT AUTHORITY

2