1  KEKER & VAN NEST LLP
   JOHN KEKER - # 49092
2  jkeker@kvn.com
   PAULA L. BLIZZARD - # 207920
3  pblizzard@kvn.com
   THOMAS E. GORMAN - # 279409
4  tgorman@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
6  Facsimile:   415 397 7188

7  Attorneys for Defendants OFFICE OF THE COMMISSIONER
   OF BASEBALL, an unincorporated association doing business as
8  Major League Baseball; and ALLAN HUBER "BUD" SELIG

9  JOSEPH W. COTCHETT (SBN 36324)
   jcotchett@cpmlegal.com
10 PHILIP L. GREGORY (SBN 95217)
   pgregory@cpmlegal.com
11 FRANK C. DAMRELL, JR (SBN 37126)
   fdamrell@cpmlegal.com
12 ANNE MARIE MURPHY (SBN 202540)
   amurphy@cpmlegal.com
13 **COTCHETT, PITRE & McCARTHY, LLP**
   840 Malcolm Road
14 Burlingame, California 94010
   Telephone:   (650) 697-6000
15 Facsimile:   (650) 692-3606

16 *Attorneys for Plaintiffs the City of San Jose; the City of San Jose,*
   *as successor agency to the Redevelopment Agency of the City of*
17 *San Jose; and the San Jose Diridon Development Authority*

18               UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA / SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE; CITY OF SAN JOSE AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSE; and THE SAN JOSE DIRIDON DEVELOPMENT AUTHORITY, | Case No. CV 13-02787 RMW<br><br>**STIPULATION AND []**<br>**ORDER RE BRIEFING SCHEDULE AND**<br>**CONTINUANCE OF CASE**<br>**MANAGEMENT CONFERENCE** |
| Plaintiffs,<br>v. | Judge:   Hon. Ronald M. Whyte |
| OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as Major League Baseball; and ALLAN HUBER "BUD" SELIG,<br><br>Defendants. | Date Filed:   June 18, 2013 |

STIPULATION AND [] ORDER RE BRIEFING SCHEDULE
AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. CV 13-02787 RMW

770485.01
772963

773108

Plaintiffs City of San Jose, City of San Jose as successor agency to the Redevelopment Agency of the City of San Jose, and the San Jose Diridon Development Authority ("Plaintiffs") and Defendants the Office of the Commissioner of Baseball and Allan H. Selig ("Defendants") (collectively, the "Parties"), through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 22, 2013, the clerk for the Honorable Ronald M. Whyte issued a Notice of Setting Case Management Conference, setting a case management conference at 10:30 A.M. on September 20, 2013, as well as a September 13, 2013 deadline for the filing of a Case Management Statement;

WHEREAS, pursuant to a Stipulation re Service and Extension of Time to Respond to Complaint filed on July 10, 2013, Defendants' response to Plaintiffs' Complaint is due on August 7, 2013;

WHEREAS, Defendants intend to respond to Plaintiffs' Complaint by filing a Motion to Dismiss and request a hearing date of October 4, 2013; and

WHEREAS, the Parties agree that it would be most efficient for the Case Management Conference to occur concurrently with the hearing on Defendants' Motion to Dismiss.

IT IS HEREBY STIPULATED and agreed by and between the Parties that the following schedule be set:

1. The deadline for Plaintiffs to file an opposition to Defendants' Motion to Dismiss is September 6, 2013;
2. The deadline for Defendants to file a reply in support of their Motion to Dismiss is September 20, 2013;
3. The Motion to Dismiss is to be heard by the Court on October 4, 2013;
4. The initial Case Management Conference is continued until October 4, 2013; and
5. The deadline to file a Case Management Statement is continued until September 27, 2013.

IT IS SO STIPULATED.

1
STIPULATION AND [] ORDER RE BRIEFING SCHEDULE
AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. CV 13-02787 RMW

772963

773108

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 31, 2013 | **KEKER & VAN NEST LLP** |
| 3 | | |
| 4 | | By:   /s John Keker |
| 5 | | John Keker<br>Paula L. Blizzard<br>Thomas E. Gorman |
| 6 | | |
| 7 | | Attorneys for Defendants<br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as Major League Baseball; and ALLAN HUBER "BUD" SELIG |
| 8 | | |
| 9 | | |
| 10 | DATED: July 31, 2013 | **COTCHETT, PITRE & McCARTHY, LLP** |
| 11 | | |
| 12 | | By:   /s Joseph W. Cotchett |
| 13 | | Joseph W. Cotchett<br>Philip L. Gregory<br>Frank C. Damrell, Jr.<br>Anne Marie Murphy |
| 14 | | |
| 15 | | Attorneys for Plaintiffs<br>CITY OF SAN JOSE; CITY OF SAN JOSE AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSE; and THE SAN JOSE DIRIDON DEVELOPMENT AUTHORITY |

IT IS SO ORDERED.

DATED: Ì Ð ÐH

*/s/ Ronald M. Whyte*

The Honorable Ronald M. Whyte
Judge of the Northern District of California

2

STIPULATION AND [] ORDER RE BRIEFING SCHEDULE
AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. CV 13-02787 RMW

772963

773108