| | |
|---|---|
| KEKER & VAN NEST LLP<br>JOHN KEKER - # 49092<br>jkeker@kvn.com<br>PAULA L. BLIZZARD - # 207920<br>pblizzard@kvn.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188<br><br>PROSKAUER ROSE LLP<br>Bradley I. Ruskin (*pro hac vice*)<br>    bruskin@proskauer.com<br>Eleven Times Square<br>New York, NY 10036<br>Telephone:    212-969-3000<br>Facsimile:    212-969-2900<br><br>PROSKAUER ROSE LLP<br>Scott P. Cooper (SBN 96905)<br>    scooper@proskauer.com<br>Sarah Kroll-Rosenbaum (SBN 272358)<br>    skroll-rosenbaum@proskauer.com<br>Jennifer L. Roche (SBN 254538)<br>    jroche@proskauer.com<br>Shawn S. Ledingham, Jr. (SBN 275268)<br>    sledingham@proskauer.com<br>2049 Century Park East, 32nd Floor<br>Los Angeles, CA  90067-3206<br>Telephone:    310-557-2900<br>Facsimile:    310-557-2193<br><br>Attorneys for Defendants<br>OFFICE OF THE COMMISSIONER OF BASEBALL,<br>an unincorporated association doing business as Major League<br>Baseball; and ALLAN HUBER "BUD" SELIG | JOSEPH W. COTCHETT (SBN 36324)<br>jcotchett@cpmlegal.com<br>PHILIP L. GREGORY (SBN 95217)<br>pgregory@cpmlegal.com<br>FRANK C. DAMRELL, JR (SBN 37126)<br>fdamrell@cpmlegal.com<br>ANNE MARIE MURPHY (SBN 202540)<br>amurphy@cpmlegal.com<br>COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road<br>Burlingame, California  94010<br>Telephone:  (650) 697-6000<br>Facsimile:   (650) 692-3606<br><br>Attorneys for Plaintiffs<br>THE CITY OF SAN JOSE; THE CITY OF JOSE, AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSE; and THE SAN JOSE DIRIDON DEVELOPMENT AUTHORITY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA  /  SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSÉ; CITY OF SAN JOSÉ AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSÉ; and THE SAN JOSÉ DIRIDON DEVELOPMENT AUTHORITY,<br><br>        Plaintiffs,<br>    v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as Major League Baseball; and ALLAN HUBER "BUD" SELIG,<br><br>        Defendants. | Case No. 13-CV-02787-RMW<br><br>**JOINT STIPULATION AND ORDER TO EXTEND ADR DEADLINE**<br><br>Judge:       Hon. Ronald M. Whyte<br><br>Date Filed: June 18, 2013<br><br>Trial Date:  None set |

1. Plaintiffs City of San Jose, City of San Jose as successor agency to the Redevelopment Agency of the City of San Jose, and the San Jose Diridon Development Authority (collectively "San Jose" or "Plaintiffs") and Defendants the Office of the Commissioner of Baseball and Allan H. Selig (collectively "MLB" or "Defendants") (collectively, the "Parties"), jointly submit this Joint Stipulation and Proposed Order to Extend ADR Deadline.

    WHEREAS, on June 18, 2013, the Court assigned this matter to the Alternative Dispute Resolution (ADR) Multi-Option Program (*see* Dkt. 4);

    WHEREAS, Local Rules require the Parties to either stipulate to an ADR option or request a telephone conference with ADR staff (*see* N.D. Cal. Civ. L:R. 16-8(c); N.D. Cal. ADR L.R. 3-5(c));

    WHEREAS, the Defendants have filed a Motion to Dismiss all of Plaintiffs' claims for failure to state a claim (*see* Dkt. 25);

    WHEREAS, the Parties do not believe they can settle on an agreed ADR process until the Court clarifies the scope of this matter by ruling on the Motion to Dismiss.

    IT IS HEREBY STIPULATED AND AGREED that the deadline to file a Stipulation to ADR Process or Notice of Need for ADR Telephone Conference is hereby extended until 30 days after the Court rules on any Motion to Dismiss.


Dated: September 12, 2013                     KEKER & VAN NEST LLP

                                              By:    /s/ John Keker
                                                     JOHN KEKER
                                                     PAULA L. BLIZZARD
                                                     THOMAS E. GORMAN

                                                     Attorneys for Defendants
                                                     OFFICE OF THE COMMISSIONER OF
                                                     BASEBALL,
                                                     an unincorporated association doing
                                                     business as Major League
                                                     Baseball; and ALLAN HUBER "BUD"
                                                     SELIG

---

1

JOINT STIPULATION AND ORDER TO EXTEND ADR DEADLINE
Case No. 13-CV-02787 RMW

780492

Dated:  September 12, 2013                                    COTCHETT, PITRE & MCCARTHY, LLP

By:   /s/ Joseph W. Cotchett
      JOSEPH W. COTCHETT
      PHILIP L. GREGORY
      FRANK C. DAMRELL, JR.
      ANNE MARIE MURPHY

      Attorneys for Plaintiffs
      CITY OF SAN JOSE; CITY OF SAN
      JOSE AS SUCCESSOR AGENCY TO
      THE REDEVELOPMENT AGENCY OF
      THE CITY OF SAN JOSE; and THE SAN
      JOSE DIRIDON DEVELOPMENT
      AUTHORITY

IT IS SO ORDERED.

DATED: _____          _____
                                        The Honorable Ronald M. Whyte
                                        Judge of the Northern District of California

2

JOINT STIPULATION AND ORDER TO EXTEND ADR DEADLINE
Case No. 13-CV-02787 RMW