KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
PAULA L. BLIZZARD - # 207920
pblizzard@kvn.com
THOMAS E. GORMAN - # 279409
tgorman@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants OFFICE OF THE COMMISSIONER
OF BASEBALL, an unincorporated association doing business as
Major League Baseball; and ALLAN HUBER "BUD" SELIG


JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
PHILIP L. GREGORY (SBN 95217)
pgregory@cpmlegal.com
FRANK C. DAMRELL, JR (SBN 37126)
fdamrell@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone:     (650) 697-6000
Facsimile:     (650) 692-3606

*Attorneys for Plaintiffs the City of San Jose; the City of San Jose, as successor agency to the Redevelopment Agency of the City of San Jose; and the San Jose Diridon Development Authority*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA / SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE; CITY OF SAN JOSE AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSE; and THE SAN JOSE DIRIDON DEVELOPMENT AUTHORITY,<br><br>         Plaintiffs,<br>     v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as Major League Baseball; and ALLAN HUBER "BUD" SELIG,<br><br>         Defendants. | Case No. CV 13-02787 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE DEADLINE FOR FILING AN ANSWER**<br><br>Judge:     Hon. Ronald M. Whyte<br><br>Date Filed:     June 18, 2013 |

Plaintiffs City of San Jose, City of San Jose as successor agency to the Redevelopment Agency of the City of San Jose, and the San Jose Diridon Development Authority ("Plaintiffs") and Defendants the Office of the Commissioner of Baseball and Allan H. Selig ("Defendants") (collectively, the "Parties"), through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on October 11, 2013, the Honorable Ronald M. Whyte issued an order granting-in-part and denying-in-part Defendants' Motion to Dismiss;

WHEREAS, the Parties and the Court had previously agreed to delay the deadline to file a Stipulation to ADR Process or Notice of Need for ADR Telephone Conference until 30 days after the Court ruled on any motion to dismiss (*see* Dkt. 34);

WHEREAS, the Parties separately agreed to delay Rule 26(a) disclosures until 30 days after the Court ruled on any motion to dismiss (*see* Dkt. 37);

WHEREAS, under Fed. R. Civ. P. 12(a)(4)(A), the Defendants must currently file an answer to Plaintiffs' Complaint *before* these other deadlines;

WHEREAS, the Parties agree that it would be more efficient and orderly for the Parties to complete their initial disclosures and ADR filings before Defendants are required to file an answer;

IT IS HEREBY STIPULATED and agreed by and between the Parties that the following schedule be set:

1. The deadline for Defendants to file an answer to Plaintiffs' complaint is extended until November 26, 2013.

IT IS SO STIPULATED.

/
/
/
/
/
/

1

STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR FILING AN ANSWER
Case No. CV 13-02787 RMW

772963

787697

DATED: October 21, 2013           **KEKER & VAN NEST LLP**

                                  By:   /s John Keker

                                        John Keker
                                        Paula L. Blizzard
                                        Thomas E. Gorman

                                  Attorneys for Defendants
                                  OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as Major League Baseball; and ALLAN HUBER "BUD" SELIG


DATED: October 21, 2013           **COTCHETT, PITRE & McCARTHY, LLP**

                                  By:   /s Joseph W. Cotchett

                                        Joseph W. Cotchett
                                        Philip L. Gregory
                                        Frank C. Damrell, Jr.
                                        Anne Marie Murphy

                                  Attorneys for Plaintiffs
                                  CITY OF SAN JOSE; CITY OF SAN JOSE AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSE; and THE SAN JOSE DIRIDON DEVELOPMENT AUTHORITY

IT IS SO ORDERED.

DATED: _____
                                  The Honorable Ronald M. Whyte
                                  Judge of the Northern District of California

2

STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR FILING AN ANSWER
Case No. CV 13-02787 RMW

787697

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, John Keker, am the ECF user whose ID and password are being used to file this Stipulation Regarding Deadline for Responsive Pleading.  In compliance with General Order 45, X.B., I hereby certify that Joseph W. Cotchett has concurred in the filing of this document and has authorized the use of his electronic signature.

>  */s John Keker*  
> John Keker