1  KEKER & VAN NEST LLP
   JOHN KEKER - # 49092
2  jkeker@kvn.com
   PAULA L. BLIZZARD - # 207920
3  pblizzard@kvn.com
   THOMAS E. GORMAN - # 279409
4  tgorman@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
6  Facsimile:     415 397 7188

7  Attorneys for Defendants OFFICE OF THE COMMISSIONER
   OF BASEBALL, an unincorporated association doing business as
8  Major League Baseball; and ALLAN HUBER "BUD" SELIG

9  JOSEPH W. COTCHETT (SBN 36324)
   jcotchett@cpmlegal.com
10 PHILIP L. GREGORY (SBN 95217)
   pgregory@cpmlegal.com
11 FRANK C. DAMRELL, JR (SBN 37126)
   fdamrell@cpmlegal.com
12 ANNE MARIE MURPHY (SBN 202540)
   amurphy@cpmlegal.com
13 **COTCHETT, PITRE & McCARTHY, LLP**
   840 Malcolm Road
14 Burlingame, California 94010
   Telephone:   (650) 697-6000
15 Facsimile:   (650) 692-3606

16 *Attorneys for Plaintiffs the City of San Jose; the City of San Jose,
   as successor agency to the Redevelopment Agency of the City of*
17 *San Jose; and the San Jose Diridon Development Authority*

18                    UNITED STATES DISTRICT COURT

19         NORTHERN DISTRICT OF CALIFORNIA / SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE; CITY OF SAN JOSE AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSE; and THE SAN JOSE DIRIDON DEVELOPMENT AUTHORITY, | Case No. CV 13-02787 RMW **STIPULATION AND [] ORDER REGARDING THE DEADLINE FOR FILING AN ANSWER** |
| Plaintiffs, | Judge:      Hon. Ronald M. Whyte |
| v. | Date Filed: June 18, 2013 |
| OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as Major League Baseball; and ALLAN HUBER "BUD" SELIG, | |
| Defendants. | |

Plaintiffs City of San Jose, City of San Jose as successor agency to the Redevelopment Agency of the City of San Jose, and the San Jose Diridon Development Authority ("Plaintiffs") and Defendants the Office of the Commissioner of Baseball and Allan H. Selig ("Defendants") (collectively, the "Parties"), through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on October 11, 2013, the Honorable Ronald M. Whyte issued an order granting-in-part and denying-in-part Defendants' Motion to Dismiss;

WHEREAS, the Parties and the Court had previously agreed to delay the deadline to file a Stipulation to ADR Process or Notice of Need for ADR Telephone Conference until 30 days after the Court ruled on any motion to dismiss (*see* Dkt. 34);

WHEREAS, the Parties separately agreed to delay Rule 26(a) disclosures until 30 days after the Court ruled on any motion to dismiss (*see* Dkt. 37);

WHEREAS, under Fed. R. Civ. P. 12(a)(4)(A), the Defendants must currently file an answer to Plaintiffs' Complaint *before* these other deadlines;

WHEREAS, the Parties agree that it would be more efficient and orderly for the Parties to complete their initial disclosures and ADR filings before Defendants are required to file an answer;

IT IS HEREBY STIPULATED and agreed by and between the Parties that the following schedule be set:

1. The deadline for Defendants to file an answer to Plaintiffs' complaint is extended until November 26, 2013.

IT IS SO STIPULATED.

/
/
/
/
/
/

DATED: October 21, 2013　　　　**KEKER & VAN NEST LLP**

By:　/s John Keker

　　John Keker
　　Paula L. Blizzard
　　Thomas E. Gorman

Attorneys for Defendants
OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as Major League Baseball; and ALLAN HUBER "BUD" SELIG


DATED: October 21, 2013　　　　**COTCHETT, PITRE & McCARTHY, LLP**

By:　/s Joseph W. Cotchett

　　Joseph W. Cotchett
　　Philip L. Gregory
　　Frank C. Damrell, Jr.
　　Anne Marie Murphy

Attorneys for Plaintiffs
CITY OF SAN JOSE; CITY OF SAN JOSE AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSE; and THE SAN JOSE DIRIDON DEVELOPMENT AUTHORITY

IT IS SO ORDERED.

DATED: _____

*[Signature: Ronald M. Whyte]*

The Honorable Ronald M. Whyte
Judge of the Northern District of California

2
STIPULATION AND [] ORDER RE DEADLINE FOR FILING AN ANSWER
Case No. CV 13-02787 RMW

787697