KEKER & VAN NEST LLP
JOHN KEKER - # 49092
  jkeker@kvn.com
PAULA L. BLIZZARD - # 207920
  pblizzard@kvn.com
THOMAS E. GORMAN - # 279409
  tgorman@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

PROSKAUER ROSE LLP
Bradley I. Ruskin (*pro hac vice*)
  bruskin@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone:   212-969-3000
Facsimile:    212-969-2900

PROSKAUER ROSE LLP
Scott P. Cooper (SBN 96905)
  scooper@proskauer.com
Sarah Kroll-Rosenbaum (SBN 272358)
  skroll-rosenbaum@proskauer.com
Jennifer L. Roche (SBN 254538)
  jroche@proskauer.com
Shawn S. Ledingham, Jr. (SBN 275268)
  sledingham@proskauer.com
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:   310-557-2900
Facsimile:    310-557-2193

Attorneys for Defendants
OFFICE OF THE COMMISSIONER OF BASEBALL,
an unincorporated association doing business as Major League
Baseball; and ALLAN HUBER "BUD" SELIG

JOSEPH W. COTCHETT (SBN 36324)
  jcotchett@cpmlegal.com
PHILIP L. GREGORY (SBN 95217)
  pgregory@cpmlegal.com
FRANK C. DAMRELL, JR (SBN 37126)
  fdamrell@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
  amurphy@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, California  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 692-3606

Attorneys for Plaintiffs
THE CITY OF SAN JOSE; THE CITY OF JOSE, AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSE; and THE SAN JOSE DIRIDON DEVELOPMENT AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA / SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSÉ; CITY OF SAN JOSÉ AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSÉ; and THE SAN JOSÉ DIRIDON DEVELOPMENT AUTHORITY,<br><br>        Plaintiffs,<br>    v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as Major League Baseball; and ALLAN HUBER "BUD" SELIG,<br><br>        Defendants. | Case No. 13-CV-02787-RMW<br><br>**JOINT STIPULATION AND ORDER TO FURTHER EXTEND ADR DEADLINE**<br><br>Judge:        Hon. Ronald M. Whyte<br><br>Date Filed: June 18, 2013<br><br>Trial Date:  None set |

1    Plaintiffs City of San Jose, City of San Jose as successor agency to the Redevelopment
2  Agency of the City of San Jose, and the San Jose Diridon Development Authority (collectively
3  "San Jose" or "Plaintiffs") and Defendants the Office of the Commissioner of Baseball and Allan
4  H. Selig (collectively "MLB" or "Defendants") (collectively, the "Parties"), jointly submit this
5  Joint Stipulation and Proposed Order to Extend ADR Deadline.

6    WHEREAS, on June 18, 2013, the Court assigned this matter to the Alternative Dispute
7  Resolution (ADR) Multi-Option Program (*see* Dkt. 4);

8    WHEREAS, the Court recently issued an Order dismissing several of the claims brought
9  by Plaintiffs (*see* Dkt. 41);

10    WHEREAS, Counsel for the Parties have met and conferred and agree that it would not be
11  productive to engage in one of the ADR procedures at this point in time to resolve the remaining
12  disputes in this matter;

13    IT IS HEREBY STIPULATED that the deadline to file a Stipulation to ADR Process or
14  Notice of Need for ADR Telephone Conference is hereby extended until such date to be
15  determined by the Court at an appropriate time later in the action.

17  Dated: November 12, 2013                                KEKER & VAN NEST LLP

19                                                   By:   /s/ John Keker
                                                           JOHN KEKER
20                                                         PAULA L. BLIZZARD
                                                           THOMAS E. GORMAN

                                                           Attorneys for Defendants
22                                                         OFFICE OF THE COMMISSIONER OF
                                                           BASEBALL,
23                                                         an unincorporated association doing
                                                           business as Major League
24                                                         Baseball; and ALLAN HUBER "BUD"
                                                           SELIG

| | |
|---|---|
| Dated:  November 12, 2013 | COTCHETT, PITRE & MCCARTHY, LLP |

By:   /s/ Joseph W. Cotchett
JOSEPH W. COTCHETT
PHILIP L. GREGORY
FRANK C. DAMRELL, JR.
ANNE MARIE MURPHY

Attorneys for Plaintiffs
CITY OF SAN JOSE; CITY OF SAN JOSE AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSE; and THE SAN JOSE DIRIDON DEVELOPMENT AUTHORITY

IT IS SO ORDERED.

DATED:_____

_____
The Honorable Ronald M. Whyte
Judge of the Northern District of California

2
JOINT STIPULATION AND [] ORDER TO FURTHER EXTEND ADR DEADLINE
Case No. 13-CV-02787 RMW

790303