UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSÉ; CITY OF SAN JOSÉ AS SUCCESSOR AGENCY TO THE REDEVLOPMENT AGENCY OF THE CITY OF SAN JOSÉ; and THE SAN JOSÉ DIRIDON DEVELOPMENT AUTHORITY<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as Major League Baseball; and ALLAN HUBER "BUD" SELIG,<br><br>Defendants. | Case No. C-13-02787 RMW<br><br>**JUDGMENT** |

On October 11, 2013 the court issued its order dismissing Plaintiff City of San Jose *et al.*'s Sherman Act claim and its state law claims for violation of the Cartwright Act and for unfair competition.   On December 27, 2013 the court dismissed without prejudice to refiling in the appropriate state court the two remaining state law claims.  Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of defendants Office of the Commissioner of Baseball, an unincorporated association doing business as Major League Baseball, and Allan Huber "Bud" Selig and against plaintiffs City of San Jose; City of San Jose as successor

C13-2787
Judgment

agency to the Redevelopment Agency of the City of San Jose; and the San Jose Diridon Development Authority and that plaintiffs are entitled to no relief by way of their complaint.

Dated: January 3, 2014



RONALD M. WHYTE
United States District Judge

C13-2787
Judgment