JOSEPH W. COTCHETT (SBN 36324; jcotchett@cpmlegal.com)
PHILIP L. GREGORY (SBN 95217; pgregory@cpmlegal.com)
FRANK C. DAMRELL, JR. (SBN 37126; fdamrell@cpmlegal.com)
STEVEN N. WILLIAMS (SBN 175489; swilliams@cpmlegal.com)
ANNE MARIE MURPHY (SBN 202540; amurphy@cpmlegal.com)
CAMILO ARTIGA-PURCELL (SBN 273229; cartigapurcell@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Tel: (650) 697-6000 / Fax: (650) 692-3606

RICHARD DOYLE (SBN 88625; cao.main@sanjoseca.gov)
NORA FRIMANN (SBN 93249; cao.main@sanjoseca.gov)
**OFFICE OF THE CITY ATTORNEY**
200 East Santa Clara Street, 16th Floor
San José, California 95113
Tel: (408) 535-1900 / Fax: (408) 998-3131

*Attorneys for Plaintiffs the City of San José; the City of San José, as successor agency to the Redevelopment Agency of the City of San José; and the San José Diridon Development Authority*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSÉ DIVISION

| | |
|---|---|
| **CITY OF SAN JOSÉ**; **CITY OF SAN JOSÉ AS SUCCESSOR AGENCY TO THE REDEVELOPMENT AGENCY OF THE CITY OF SAN JOSÉ**; and **THE SAN JOSÉ DIRIDON DEVELOPMENT AUTHORITY**,<br><br>Plaintiffs,<br><br>v.<br><br>**OFFICE OF THE COMMISSIONER OF BASEBALL**, an unincorporated association doing business as Major League Baseball; and **ALLAN HUBER "BUD" SELIG**,<br><br>Defendants. | Case No. 13-CV-02787-RMW<br><br>**NOTICE OF APPEAL OF PLAINTIFFS**<br><br>Judge:           Hon. Ronald M. Whyte<br><br>Complaint Filed:    June 18, 2013 |

**NOTICE OF APPEAL OF PLAINTIFFS**; Case No. 13-CV-02787-RMW

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Appellate Procedure 3 and 4, to the extent it is appealable, Plaintiffs City of San José, City of San José as Successor Agency to the Redevelopment Agency of the City of San José, and the San José Diridon Development Authority (collectively "Plaintiffs") appeal to the United States Court of Appeals for the Ninth Circuit from (1) this Court's Judgment [Docket No. 52] (entered on <u>January 3, 2014</u>); and (2) this Court's Order Granting-In-Part and Denying-In-Part Defendants' Motion to Dismiss Plaintiffs' Complaint Under Federal Rule Of Civil Procedure 12(b)(6) [Docket No. 41] (entered on <u>October 11, 2013</u>).

Dated:  January 23, 2014           **COTCHETT, PITRE & McCARTHY, LLP**

By:   <u>/s/ Philip L. Gregory</u>
           PHILIP L. GREGORY

*Attorneys for Plaintiffs the City of San José; the City of San José, as successor agency to the Redevelopment Agency of the City of San José; and the San José Diridon Development Authority*