UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

January 23, 2014

**Philip Lawrence Gregory**
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
San Francisco Airport Office Center
Burlingame, CA 94010

SUBJECT:   Request for Payment of Docket Fee

**Title: CITY OF SAN JOSE, ET AL -v- OFFICE OF THE COMMISSIONER OF BASEBALL, ET AL**

   **Case Number:**   **CV 13-02787 RMW**
   **Court of Appeals Number:**

A notice of appeal was filed with this Court on 1/23/2014 and the docketing fee of $505.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

*(signature: Betty Walton)*

by: **Betty Walton**
**Case Systems Administrator**

**cc: U.S. Court of Appeals**