FILED

UNITED STATES COURT OF APPEALS

FEB 20 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF SAN JOSE; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association, DBA Major League Baseball and ALLAN HUBER SELIG, "Bud",<br><br>　　　　Defendants - Appellees. | No. 14-15139<br><br>D.C. No. 5:13-cv-02787-RMW<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before:  LEAVY and TASHIMA, Circuit Judges

　　Appellants' opposed motion to expedite briefing and hearing on appeal is granted.  The opening brief is due March 5, 2014.  The answering brief is due April 4, 2014.  The optional reply brief is due within 14 days after service of the answering brief.

　　This case shall be placed on the next available calendar after the completion of briefing.  Any request for an extension of time to file a brief is disfavored and must be made under Ninth Circuit Rule 31-2.2(b).  No streamline requests for extensions of time in which to file briefs will be approved.

Amt\/Pro Mo W:\TO-BE-FILED-NON-DISPOSITIVE-ORDERS\25-49 BEVERLY\14-15139.wpd